O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KENNETH RALPH COLEY,                )
                                    )
                 Petitioner,        ) Case No. CV 12-7865 CAS (AJW)
                                    )
         v.                         )
                                    ) ORDER ACCEPTING REPORT AND
PEOPLE OF THE STATE OF              ) RECOMMENDATION OF
CALIFORNIA,                         ) MAGISTRATE JUDGE
                                    )
                 Respondents.       )
_____ )


     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed
the entire record in this action, and the Report and Recommendation
of United States Magistrate Judge ("Report").  No objections to the
Report have been filed within the time allowed.  The Court concurs
with and accepts the findings of fact, conclusions of law, and
recommendations contained in the Report.

     DATED:  July 31, 2013

                              _____
                              Christina A. Snyder
                              United States District Judge