JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH RALPH COLEY, | Case No. CV 12-7865 CAS(AJW) |
| Petitioner, | |
| vs. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondents. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is **denied.**

Dated: July 31, 2013

*/s/ Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge